UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN RIEGERT                                           CIVIL ACTION

VERSUS                                                 NUMBER: 11-1166

ORLEANS PARISH CRIMINAL SHERIFF                        SECTION: "I"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, John Riegert, which is hereby **OVERRULED**, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's claims are dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this  10th  day of June, 2011.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE